# United States District Court
# For The Western District of North Carolina
# Asheville Division

Anthony Leo White ,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                          1:10-cv-00070

David Mitchell ,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Petition for Writ of Habeas and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 07/23/2010 Order.

                                              Signed: July 23, 2010

                                              Frank G. Johns, Clerk
                                              United States District Court